# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL C. WONG,** | CASE NO. 20-cv-00249-YGR |
| Plaintiff, | |
| vs. | **ORDER TO SHOW CAUSE RE: CHANGE OF ADDRESS; SETTING COMPLIANCE HEARING** |
| **WELLS FARGO BANK, N.A.,** | |
| Defendant. | |

*Pro se* plaintiff Daniel C. Wong is hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute and to follow this Court's Civil Local Rules.

Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* whose address changes while an action is pending must promptly file and serve upon all opposing parties a notice of change of address specifying the new address. *See* L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the attorney or the *pro se* party by the court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the attorney or *pro se* party indicating a current address. *See* L.R. 3-11(b).

Here, plaintiff filed the present lawsuit in state court on or about December 11, 2019. It was removed to federal court on January 13, 2020. On February 10, 2020, and again on March 17, 2020, court mail that was sent to plaintiff's address was returned as undeliverable. Plaintiff has not filed anything on the docket since the case was removed.

Accordingly, the Court hereby **SETS** a compliance hearing for **9:01 a.m.** on **Friday, June 26, 2020**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. **Five (5) business days** prior to the date of the compliance hearing, plaintiff shall file a notice indicating his current address. To be clear, the Court **DOES NOT** expect the parties to appear on the date of the compliance hearing, but rather, it is scheduled to remind the Court of

plaintiff's filing deadline. If compliance is complete, the compliance hearing will be taken off calendar. Failure to file the notice will result in dismissal of the action without prejudice.

**IT IS SO ORDERED.**

Dated: April 16, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**