**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DANIEL WONG,** | CASE NO. 20-CV-00249-YGR |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| **WELLS FARGO BANK, N.A.,** | |
| Defendant. | |

The Court, having granted defendant Wells Fargo Bank, N.A.'s motion for summary judgment, hereby orders, adjudges, and decrees that judgment be entered in favor of defendant.

The Clerk of Court shall enter judgment and close the matter.

**IT IS SO ORDERED.**

Dated: September 17, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**